# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Jerome McDaniel, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    1:17-cv-00412-DCN |
| | ) | |
| Director Bryan L. Stirling; Larry Cartledge, | ) | |
| Warden of Perry Corr. Inst.; Sgt. Fish; Officer | ) | |
| Waldrol; Nurse Sabewale; Nurse Helnrish; NP | ) | |
| Ms. Enloe; Maintence Personnel Mr. Rick, each | ) | |
| defendant is being sued in their individual | | |
| capacities all times herein, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, Jerome McDaniel, shall take nothing of the defendants, Director Bryan L. Stirling; Larry Cartledge; Sgt. Fish; Officer Waldrol; Nurse Sabewale; Nurse Helnrish; NP Ms. Enloe; Maintence Personnel Mr. Rick, and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the David C. Norton, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice for failure to prosecute.

Date:  August 23, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*